UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | 1:17-cv-00130-GSA-PC |
| Plaintiff, | **ORDER ADDRESSING PLAINTIFF'S REQUEST FOR STATUS OF SERVICE (ECF No. 16.)** |
| vs. | |
| M. HUERTA, et al., | |
| Defendants. | |

Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2017, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On November 17, 2017, Plaintiff filed a request for status of service. (ECF No. 16.) Due to the large number of cases pending before this court, the Clerk does not ordinarily provide written responses to requests for status of cases. Plaintiff is advised that he shall receive notice in this action as a matter of course.[1] All documents filed in this action shall be served upon all parties who have appeared in this action, including Plaintiff. Plaintiff is

---

[1] Plaintiff is required to keep the court informed of his current mailing address. Local Rule 182(f) provides: "Each appearing attorney and *pro se* party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or *pro se* party shall be fully effective. Separate notice shall be filed and served on all parties in each action in which an appearance has been made."

advised that he will receive notice, at his address of record, of rulings made in this case and deadlines established in this case provided he keeps the court informed of his current address.[2]

Accordingly, Plaintiff's motion for status filed on November 17, 2017, is HEREBY RESOLVED.

IT IS SO ORDERED.

Dated:     __December 15, 2017__              _____/s/ Gary S. Austin__
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2] If Plaintiff requires a copy of the court's docket sheet for this case, he should submit a request in writing to the Clerk, together with a money order for payment of copies (at fifty cents per page), and a self-addressed envelope large enough to contain the copies, with sufficient postage affixed. See 28 U.S.C. § 1914(a). Plaintiff's docket sheet is currently four pages long. The fact that the court has granted leave for Plaintiff to proceed *in forma pauperis* does not entitle him to free copies of documents from the court.