# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. HUERTA, et al.,<br><br>　　　　Defendants. | 1:17-cv-00130-AWI-GSA-PC<br><br>ORDER LIFTING STAY ON DISCOVERY<br>(ECF No. 30.)<br><br>ORDER DIRECTING CLERK TO ISSUE NEW DISCOVERY/SCHEDULING ORDER |

　　　　Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 22, 2018, the court issued an order staying discovery pending resolution of Defendant Scalia's motion for partial summary judgment. (ECF No. 30.) On August 20, 2018, Defendant Scalia's motion for partial summary judgment was granted, resolving the motion. (ECF No. 37.) Accordingly, the court shall lift the stay of discovery and issue a new discovery/scheduling order.

　　　　Based on the foregoing, IT IS HEREBY ORDERED that:

　　　　1.　　The stay of discovery in this action, imposed by the court on February 22, 2018, is LIFTED; and

　　　　2.　　The Clerk of Court is DIRECTED to issue a new discovery/scheduling order for this case.

IT IS SO ORDERED.

　　Dated:　**August 21, 2018**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE