# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>M. HUERTA, et al.,<br><br>　　　　　Defendants. | 1:17-cv-00130-AWI-GSA-PC<br><br>**ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE FROM MARCH 22, 2019 TO APRIL 22, 2019 FOR ALL PARTIES**<br>**(ECF No. 39.)**<br><br>**<u>New</u> dispositive motion deadline - 04/22/19** |

**NOTICE OF EXTENSION OF DEADLINE**

On August 21, 2018, the court issued a discovery and scheduling order in this case, opening discovery and setting out pretrial deadlines. (ECF No. 39.) Due to mechanical error, the dispositive motion filing deadline was set for March 22, 2019, instead of April 22, 2019. As correction, the deadlines shall now be set as follows:

　　　　**Exhaustion Motion Filing Deadline -- 11/21/2018**
　　　　**Deadline to Amend Pleadings -- 12/19/2018**
　　　　**Discovery Deadline -- 02/21/2019**
　　　　**<u>New</u> Dispositive Motion Filing Deadline -- 04/22/2019**

All other provisions of the August 21, 2018 discovery and scheduling order remain the same.

IT IS SO ORDERED.

　Dated: __**August 30, 2018**__　　　　　　_____**/s/ Gary S. Austin**_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE