UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>M. HUERTA, et al.,<br><br>    Defendants. | 1:17-cv-00130-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 67.)**<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT, WITH LEAVE TO FILE NEW MOTION**<br>**(ECF No. 51.)** |

      Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 1, 2020, findings and recommendations were entered, recommending that the motion for summary judgment filed by defendants Huerta and Scalia on July 24, 2019 be denied as moot, with leave to file a new motion for summary judgment on the claims remaining in this case within 60 days.  (ECF No. 67.)  The parties were granted fourteen (14) days in which to file objections to the findings and recommendations.  (Id.)  The fourteen-day time period has expired, and no objections were filed.[1]

---

[1] The parties were granted fourteen days in which to file objections and ten days after the filing date of any objections in which to file a reply to the objections.  (ECF No. 67 at 8-9.)

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on April 1, 2020 (Doc. No. 67), are ADOPTED IN FULL;
2. The motion for summary judgment filed by defendants Huerta and Scalia on July 24, 2019 (Doc. No. 51), is DENIED as moot, with leave to file a new motion for summary judgment on the claims remaining in this case within 60 days; and
3. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   May 7, 2020                                       _____
                                                              SENIOR  DISTRICT  JUDGE