UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>M. HUERTA, et al.,<br><br>　　　　Defendants. | 1:17-cv-00130-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 74.)**<br><br>**ORDER GRANTING DEFENDANT HUERTA'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF No. 69.)**<br><br>**ORDER FOR CLERK TO ENTER JUDGMENT FOR DEFENDANT HUERTA**<br><br>**ORDER FOR CASE TO PROCEED ONLY AGAINST DEFENDANT SCALIA** |

　　　　Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 11, 2021, findings and recommendations were entered, recommending that defendant Huerta's motion for summary judgment, filed on July 6, 2020, be granted.  (ECF No. 74.)  On January 25, 2021, Plaintiff filed objections to the findings and recommendations.  (ECF No. 75.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.  Plaintiff relies on allegations in his complaint, but fails to address the actual analysis of the Findings and Recommendation.  The Court agrees with the Findings and Recommendation that Plaintiff's representations in the second summary judgment motion essentially abandoned the excessive force claim against Defendant Huerta.  See Davis v. City of Las Vegas, 478 F.3d 1048, 1058 (9th Cir. 2007).

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on January 11, 2021, are ADOPTED IN FULL;
2. Defendant Huerta's motion for summary judgment, filed on July 6, 2020, is GRANTED;
3. The clerk is directed to enter judgment for defendant Huerta and dismiss him from this case;
4. This case shall proceed only against defendant Scalia, for use of excessive force in violation of the Eighth Amendment; and
5. This case shall be referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   January 28, 2021                                    _____
                                                              SENIOR DISTRICT JUDGE