# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v<br><br>J. SCALIA,<br><br>   Defendant. | Case No. 1:17-cv-00130-AWI-GSA<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>THIRTY DAY DEADLINE |

This action was filed on January 30, 2017. On May 24, 2021, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __**May 24, 2021**__

UNITED STATES MAGISTRATE JUDGE

1